IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALSON SCOTT CONKEY, <br><br> Defendant. | Case No.: CR 24-154 CRB <br><br> **ORDER PERMITTING COUNSEL TO BRING LAPTOP INTO SANTA RITA JAIL** |

### [~~PROPOSED~~] ORDER

TO: YESENIA SANCHEZ, SHERIFF OF ALAMEDA COUNTY, AND TO THE ALAMEDA COUNTY SHERIFF'S OFFICE AT SANTA RITA JAIL:

The Court orders that Angela Chuang, counsel for defendant Alson Scott Conkey, be permitted to bring in and use a computer, laptop, or tablet into Santa Rita Jail during legal visits. Such use is limited to case-related activities. Electronic devices brought into Santa Rita Jail are for the sole purpose of reviewing discovery and legal materials that relate to the criminal case. Counsel shall not access, or attempt to access, the internet or any form of wireless communication (including, but not limited to, WI-FI, LTE, 4G, etc.) with the device while in the jail.

Alameda County Sheriff's Office staff may inspect the device for the limited purpose of, and only to the extent necessary for, ensuring that wireless communication is disabled.

IT IS SO ORDERED.

October 30, 2024
Date

CHARLES R. BREYER
United States District Judge

ATTY LAPTOP INTO JAIL VISITS

2