UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>      v.<br><br>ALSON SCOTT CONKEY,<br><br>              Defendant. | Case No.  3:24-cr-00154-CRB-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant, Alson Scott Conkey is ordered released from the custody of the United States Marshal based on a sentence of time served.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
CHARLES R. BREYER
United States District Judge