# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date: October 3, 2025                          Judge:  Honorable Charles R. Breyer

Court Reporter: Andrea Bluedorn
Time:  38 Minutes
Case No.: CR24-0154-1 CRB
Case Name:  USA v. Alson Scott Conkey (Custody) (Present)

Attorney(s) for Government: Phil Huynh
Attorney(s) for Defendant(s): Angela Chuang
Probation Officer: Brian Casai

Deputy Clerk: Lashanda Scott


### PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons to a term of time served. Defendant placed on supervised release for a term of 3 years under the standard and special conditions. Defendant shall pay a special assessment of $100. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Refer to Judgment for additional information.